# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1849
Lower Tribunal No. F19-0593
_____

**Shane Kopp,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Shane Kopp, in proper person.

James Uthmeier, Attorney General, and Yolande Marva Samerson, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.